## GREELY contᵃ HALL

Phillip Greely of Salisbury plaint. contᵃ Andrew Hall Defendᵗ for that the sᵈ Hall hath illegally possessed himselfe of a Barque called

the Iohn & William of burden about. 30. tons whereof W^m Hacket was late Ma^r whereof the s^d Greely is right & proper owner of one halfe with all her Appurtenances, yet notwithstanding the s^d Hall keepeth the plaint. out of the possession of the said halfe of his Barque and disowneth him as an owner &c. whereby hee is damnified to the value of about one hundred pounds in money with other due damages. . . . The Iury . . . found for the plaint. that the Defend^t deliver him one halfe of the Barque Sued for or Seventy pounds in money with costs of Court allow^d Forty nine shillings two pence. m^r Anthony Checkly Attourny for Greely (who prosecuted the Sute in his behalfe) appearing in the Office. 4° march: 1678. Acknowledged hee was fully Satisfied the abovewritten judgement by m^r Nicholas Paige desiring it might bee so entred.